UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRITTANY (GILBERT) PIERS,

    Plaintiff,

                                                        File no: 1:15-CV-242

v.

                                                        HON. ROBERT J. JONKER

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

      The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

      NOW THEREFORE, the Report and Recommendation (ECF No. 21) is hereby adopted as the opinion of the Court.

      THEREFORE, IT IS ORDERED that:

      The Notice of Application for Attorney Fees and Costs Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (ECF No. 19), is **GRANTED**. Plaintiff is awarded three thousand, six hundred forty dollars and zero cents ($3,640.00) pursuant to the Equal Access to Justice Act.

Date:   November 14, 2016                          /s/ Robert J. Jonker
                                                                ROBERT J. JONKER
                                                                 CHIEF UNITED STATES DISTRICT JUDGE